## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lindsey, Tashema R | Case Number:  07 B 05558 |
| | Judge:  Squires, John H |
| Printed:  11/13/07 | Filed:  3/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  October 3, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 5. | Chase Bank | Secured | 0.00 | 0.00 |
| 6. | Dell Financial Services, Inc | Secured | 500.00 | 0.00 |
| 7. | USAA Federal Savings | Secured | 35,474.00 | 0.00 |
| 8. | Cook County Treasurer | Secured | 1,200.00 | 0.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 13,813.00 | 0.00 |
| 10. | United Mortgage & Loan Investment Corp | Secured | 2,338.00 | 0.00 |
| 11. | AMC Mortgage Services Inc | Secured | 8,555.00 | 0.00 |
| 12. | Nordstrom | Unsecured | 1,168.41 | 0.00 |
| 13. | FDS Bank - Bloomingdales | Unsecured | 206.71 | 0.00 |
| 14. | Chase Bank | Unsecured | 94.36 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 33.00 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 77.15 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 175.67 | 0.00 |
| 18. | American Express | Unsecured | 287.95 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 659.28 | 0.00 |
| 20. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 21. | Resurgent Capital Services | Unsecured | 68.72 | 0.00 |
| 22. | FDS Bank | Unsecured | 153.33 | 0.00 |
| 23. | USAA Federal Savings | Unsecured | 41.67 | 0.00 |
| 24. | General Motors Acceptance Corp | Unsecured | 73,871.57 | 0.00 |
| 25. | Pier 1 Imports Inc | Unsecured | 112.34 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lindsey, Tashema R

Printed: 11/13/07

Case Number: 07 B 05558

Judge: Squires, John H

Filed: 3/28/07

| # | | | | |
|---|---|---|---|---|
| 26. | Von Maur | Unsecured | 29.20 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 75.62 | 0.00 |
| 28. | RoundUp Funding LLC | Unsecured | 119.03 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 77.42 | 0.00 |
| 30. | B-Real LLC | Unsecured | 238.75 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 290.87 | 0.00 |
| 32. | Target National Bank | Unsecured | 113.85 | 0.00 |
| 33. | ECast Settlement Corp | Unsecured | 145.49 | 0.00 |
| 34. | ECast Settlement Corp | Unsecured | 153.67 | 0.00 |
| 35. | Merrick Bank | Unsecured | 143.29 | 0.00 |
| 36. | Dell Financial Services, Inc | Unsecured | 148.74 | 0.00 |
| 37. | B-Real LLC | Unsecured | 47.29 | 0.00 |
| 38. | RoundUp Funding LLC | Unsecured | 100.44 | 0.00 |
| 39. | B-Real LLC | Unsecured | 47.29 | 0.00 |
| 40. | B-Real LLC | Unsecured | 32.94 | 0.00 |
| 41. | Verizon Wireless | Unsecured | 105.15 | 0.00 |
| 42. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 43. | Homework Painters Inc | Unsecured | | No Claim Filed |
| 44. | Cit Group | Unsecured | | No Claim Filed |
| 45. | Cross Country Bank | Unsecured | | No Claim Filed |
| 46. | Speedway | Unsecured | | No Claim Filed |
| 47. | Peoples Energy Corp | Unsecured | | No Claim Filed |

$ 140,724.20                    $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_